# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                       :   No. 487

                               :

REAPPOINTMENT TO CRIMINAL   :   CRIMINAL PROCEDURAL RULES
PROCEDURAL RULES COMMITTEE   :

                                  DOCKET

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2017, the Honorable Daniel J. Barrett, Bradford County, is hereby reappointed as a member of the Criminal Procedural Rules Committee for a term of three years, commencing July 1, 2017.

# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 267
:
REAPPOINTMENT TO APPELLATE : APPELLATE COURT RULES DOCKET
COURT PROCEDURAL RULES :
COMMITTEE :
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2017, Carrie L. Allman, Esquire, Montgomery County, is hereby reappointed as a member of the Appellate Court Procedural Rules Committee for a term of three years, commencing July 1, 2017.